EDWARD J. PISTEY ET AL. *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF STRATFORD ET AL.

The motion by the plaintiffs to dismiss the appeal from the Court of Common Pleas in Fairfield County is denied.

*J. Roger Shull,* for the appellees (plaintiffs).

*Raymond B. Rubens,* for the appellant (defendant Walter B. Spencer).

Argued June 4—decided June 4, 1968

EDNA M. MASTRACCHIO *v.* JOHN S. MASTRACCHIO

The motion by the defendant to dismiss the appeal from the Superior Court in Fairfield County is denied.

*Darius J. Spain,* for the appellee (defendant).

*Leonard S. Paoletta,* for the appellant (plaintiff).

Argued June 4—decided June 4, 1968

RICHARD JAMESON ET AL. *v.* PATRICK BRINKLEY ET AL.

The motion by the defendant Richard P. Dignazio to dismiss the appeal from the Superior Court in Hartford County is denied.

*Manuel B. Clark,* for the appellee (defendant Dignazio).

*William V. Dworski,* for the appellants (plaintiffs).

Argued June 4—decided June 4, 1968